In the Matter of the Arbitration between PEERLESS INSURANCE COMPANY, Appellant, and KATRINA MOBLEY, Respondent.—Judgment of the Supreme Court, Orange County, entered February 14, 1978, affirmed, with $50 costs and disbursements (see *Aetna Life & Cas. Co. v Stekardis,* 34 NY2d 182; *Matter of Spychalski [Continental Ins. Cos.],* 58 AD2d 193, 195-196). Hopkins, J. P., Suozzi, Cohalan and Margett, JJ., concur.